IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:17-CR-00095-BO

UNITED STATES OF AMERICA

vs.

**ORDER**

TERRY MICHELLE HUMPHREY,
Defendant.


FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is

hereby directed to seal the proposed sealed Motion for Variance with Citation to Authorities. Copies of

this Order as well as the Motion to Seal and the Motion for Variance with Citation to Authorities shall

remain sealed and shall be distributed only to counsel of the above named defendant and counsel for

the Government.

IT IS SO ORDERED AND DIRECTED

Entered at Chambers, this the __19__ day of January, 2018.


THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE